(106 So. 921)

Jack MASSINGILL v. STATE. (1 Div. 625.) (Court of Appeals of Alabama. Nov. 17, 1925.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Distilling.

---

[1] 214 Ala. 699.

RICE, J. Appeal on record proper, without bill of exceptions. No error apparent, the judgment is affirmed.